IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 3:10cr89/MCR

YANCEY JACK GARRINGER
_____/

FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES

WHEREAS, on November 23, 2010, this Court entered a Preliminary Order of Forfeiture, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924 and Rule 32.2 of the Federal Rules of Criminal Procedure, based upon the jury's guilty verdict on Counts One, Three, Four, Five and Six of the Indictment, and the defendant's consent to forfeiture of the following property:

A.  2001 Mercedes Benz C320, bearing VIN # WDBRF64J71F042495;

B.  2003 Jaguar, bearing VIN # SAJEA51D33XC88517; and,

C.  9mm Smith and Wesson semi-automatic handgun, Model # SW9VE, Serial # RAW6943.

(Doc. 53);

AND WHEREAS, at this time, the Government is seeking a Final Order of Forfeiture of the 9mm Smith and Wesson semi-automatic handgun, Model # SW9VE, Serial # RAW6943 (Doc. 65);[1]

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov of the intent of the United States to dispose

---

[1] The Government has indicated that the above the vehicles were successfully administratively forfeited sometime after entry of the Court's Preliminary Order of Forfeiture; therefore, a Final Order of Forfeiture is not needed for the vehicles.

FILED IN OPEN COURT THIS

3-30-2011

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

of said 9mm Smith and Wesson firearm, thereby notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the property; (Doc. 55)

AND WHEREAS, no claims or petitions have been filed for the property described in this Court's Preliminary Order of Forfeiture, entered November 23, 2010, and the time for filing petitions expired on February 2, 2011. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest in the 9mm Smith and Wesson semi-automatic handgun, Model # SW9VE, Serial # RAW6943, identified in the Indictment, is hereby condemned, forfeited and vested in the United States of America.

2. That no person or entity has established that they have any legal right, title or interest in said 9mm firearm forfeited to the United States by Order entered on November 23, 2010, and said forfeiture is now final.

3. That the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of said firearm in accordance with law.

IT IS SO ORDERED this 30Th day of March, 2011.

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE